# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CONTIGUITY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HIKVISION USA, INC.,<br><br>    Defendant. | Case No. 3:23-cv-00160<br><br>Patent Case<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS CONTIGUITY'S FIRST AMENDED COMPLAINT

Pending before the Court is Defendant Hikvision USA, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 18) for Patent Infringement. The Court, having considered Defendant's Motion to Dismiss and Plaintiff's response thereto, finds that the motion is **GRANTED**.

It is therefore **ORDERED** that Plaintiff Contiguity LLC's First Amended Complaint for Patent Infringement against Hikvision (Doc. No. 18) is dismissed with prejudice.

**IT IS SO ORDERED**