IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CONTIGUITY, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**HIKVISION USA, INC.,**<br><br>  Defendant. | Case No. 3:23-cv-00160<br><br>Jury Demand |

**(proposed) ORDER ON PLAINTIFF'S MOTION TO MODIFY THE JUDGMENT**

The Court, having reviewed Plaintiff Contiguity, LLC's ("Plaintiff" or "Contiguity") Motion to Modify the Judgment of the December 19, 2023 Order (Doc. 37 or "the Order"), Defendant's response and all other evidence of record, is of the OPINION that the Motion should be GRANTED,  Accordingly, it is ORDERED that Plaintiff is allowed to file a Second Amended Complaint within 1 week of this Order and the Final Judgment of Doc. No. 38 is vacated.

_____                                                        _____
Date                                                                                                    Judge Presiding

1