IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CONTIGUITY LLC, | § | |
|     Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:23-CV-00160-N |
| HIKVISION USA, INC., | § § § | |
|     Defendant. | § § | |

# ORDER

This Order addresses Plaintiff Contiguity LLC's ("Contiguity") motion to amend judgment to grant leave to file a second amended complaint [40]. After considering the motion and response, the Court grants the motion. The Court vacates the final judgment in this matter [38] and amends its previous Order [37] to grant Contiguity leave to file a second amended complaint.

Signed March 8, 2024.

David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE