IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CONTIGUITY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HIKVISION USA, INC.,<br><br>    Defendant. | Case No. 3:23-cv-00160<br><br>Patent Case<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pending before the Court is the Defendant's Unopposed Motion For Extension Of Time To Answer Or Otherwise Respond To The Second Amended Complaint ("Unopposed Motion"). After reviewing the relevant pleadings, the Court finds that the Unopposed Motion is **GRANTED.**

It is therefore **ORDERED** that Defendant Hikvision's deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint for Patent Infringement (Doc. No. 44) is hereby extended to and including April 8, 2024.

   **IT IS SO ORDERED**