**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **CONTIGUITY, LLC,**<br>    **Plaintiff,** | **Civil Action No. 3:23-cv-00160-N** |
| **v.** | |
| **HIKVISION USA, INC.,**<br>    **Defendant** | **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Contiguity, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment.  The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent.  Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  April 19, 2024

                              Respectfully submitted,

                              */s/ William P. Ramey, III*
                              William P. Ramey, III
                              Texas Bar No. 24027643
                              **Ramey LLP**
                              5020 Montrose Blvd., Suite 800
                              Houston, Texas 77006
                              (713) 426-3923
                              wramey@rameyfirm.com

                              ***Attorneys for Contiguity, LLC***

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that April 19, 2024, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III